**B5 (Official Form 5) (12/07)**

AZB

| United States Bankruptcy Court<br>District of Arizona | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Snowflake White Mountain Power, LLC | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.): 20-3058773 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>3418 North Val Vista Drive<br>Mesa, AZ 85224 | MAILING ADDRESS OF DEBTOR (If different from street address)<br>c/o David N. Reaves<br>2999 North 44th Street, Suite 600<br>Phoenix, AZ |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Maricopa   ZIP CODE 85018 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7   ☑ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>Electrical Power Plant | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District<br>Arizona | Judge |

**ALLEGATIONS**
(Check applicable boxes)                                          COURT USE ONLY

1. ☐ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☐ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a.☐ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
  b.☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x /s/ Michael D. Reidhead<br>Signature of Petitioner or Representative (State title)<br>Rio Puerco Construction, Inc.     7/09/10<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity: Michael D. Reidhead, Box 637, Holbrook, AZ 86025 | x_____<br>Signature of Attorney          Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |
| x /s/ William Young<br>Signature of Petitioner or Representative (State title)<br>Young's Future Tire, Inc.     7/09/10<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity: William Young, Young's Future Tire, Inc., PO Box 520, Showlow, AZ 85901 | x_____<br>Signature of Attorney          Date<br><br>Name of Attorney Firm (If any)<br><br>Address<br><br>Telephone No. |
| x /s/ Maury Tanner<br>Signature of Petitioner or Representative (State title)<br>J&T Grinding, LLC     7/09/10<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity: Maury Tanner, 845 S. 59th Avenue, Phoenix, AZ 85043 | x /s/ J. Gregory Lake<br>Signature of Attorney          Date<br>Lake & Cobb, PLC<br>Name of Attorney Firm (If any)<br>1095 W. Rio Salado Pkwy, Ste. 206, Tempe, AZ 85281<br>Address<br><br>Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Rio Puerco Construction, Inc.<br>Box 637<br>Holbrook, AZ 86025 | | $36,788.99 |
| Young's Future Tire, Inc.<br>PO Box 520<br>Showlow, AZ 85901 | Open Account | $749.76 |
| J&T Grinding, LLC<br>845 S. 59th Avenue<br>Phoenix, AZ 85043 | Material & Services | $141,071.75 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

___1___ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 3     Name of Debtor _____

AZB

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ William McOmie, Vice President
Signature of Petitioner or Representative (State title)

CoBank ACB                    7/09/10
Name of Petitioner            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
William McOmie
5500 South Quebec Street
Greenwood Village, CO 80111

x /s/ Benjamin W. Reeves          7/09/10
Signature of Attorney             Date

Snell & Wilmer L.L.P.
Name of Attorney Firm (If any)

400 E. Van Buren, Phoenix, AZ 85004-2202
Address

602.382.6506
Telephone No.

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney          Date

Name of Attorney Firm (If any)

Address

Telephone No.

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner          Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney          Date

Name of Attorney Firm (If any)

Address

Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| CoBank ACB<br>5500 South Quebec Street<br>Greenwood Village, CO 80111 | Promissory Note | $11,787,266.26 (approx.) |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

# AZB

B5 (Official Form 5) (12/07)　　　　　　　　　　　　Name of Debtor_____

　　　　　　　　　　　　　　　　　　　　　　　　　　Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _Michael D Redhead_  
Signature of Petitioner or Representative (State title)  
_RIO PUERCO CONST, 7-9-10_  
Name of Petitioner: _Michael D. Redhead / Rio Puerco Const, Inc._　Date Signed  
Name & Mailing Address of Individual Signing in Representative Capacity: _Box 637 Holbrook AZ 86025_

x _____  
Signature of Attorney　　　　　　　　　　Date  
Name of Attorney Firm (If any) _____  
Address _____  
Telephone No. _____

x _____  
Signature of Petitioner or Representative (State title)  
Name of Petitioner　　　Date Signed  
Name & Mailing Address of Individual Signing in Representative Capacity

x _____  
Signature of Attorney　　　　　　　　　　Date  
Name of Attorney Firm (If any) _____  
Address _____  
Telephone No. _____

x _____  
Signature of Petitioner or Representative (State title)  
Name of Petitioner　　　Date Signed  
Name & Mailing Address of Individual Signing in Representative Capacity

x _____  
Signature of Attorney　　　　　　　　　　Date  
Name of Attorney Firm (If any) _____  
Address _____  
Telephone No. _____

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| _Rio Puerco Const Inc Box 637 Holbrook AZ_ | | _36,788.99_ |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____continuation sheets attached

B5 (Official Form 5) (12/07)

Name of Debtor _____

Case No. _____

AZB

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_ managir
Signature of Petitioner or Representative (State title)

Name of Petitioner: Youngs Future Tire   Date Signed
Name & Mailing Address of Individual Signing in Representative Capacity: PO Box 520, Shonton AZ 85901

x _____
Signature of Attorney    Date

Name of Attorney Firm (If any) _____
Address _____
Telephone No. _____

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner _____  Date Signed _____
Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney    Date

Name of Attorney Firm (If any) _____
Address _____
Telephone No. _____

x _____
Signature of Petitioner or Representative (State title)

Name of Petitioner _____  Date Signed _____
Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney    Date

Name of Attorney Firm (If any) _____
Address _____
Telephone No. _____

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Youngs Future Tire | Open Account | 749.76 |
| | | |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

___ continuation sheets attached

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _[signature]_ <br> Signature of Petitioner or Representative (State title) <br> J&T Grinding, LLC       9 July 2010 <br> Name of Petitioner        Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity: <br> Maury Tanner <br> 845 S. 59th Ave. <br> Phoenix, Arizona 85043 | x J. Gregory Lake        9 July 2010 <br> Signature of Attorney        Date <br><br> Name of Attorney Firm (If any) <br> Lake & Cobb, PLC <br> Address <br> 1095 W. Rio Salado Pkwy, Suite 206, Tempe AZ 85281 <br> Telephone No. |
| x _____ <br> Signature of Petitioner or Representative (State title) <br><br> Name of Petitioner        Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity | x _____        Date <br> Signature of Attorney <br><br> Name of Attorney Firm (If any) <br><br> Address <br><br> Telephone No. |
| x _____ <br> Signature of Petitioner or Representative (State title) <br><br> Name of Petitioner        Date Signed <br><br> Name & Mailing Address of Individual Signing in Representative Capacity | x _____        Date <br> Signature of Attorney <br><br> Name of Attorney Firm (If any) <br><br> Address <br><br> Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| J&T Grinding, LLC <br> 845 S. 59th Ave. <br> Phoenix, Arizona 85043 | Material and Services | 141,071.75 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached